Commonwealth ex rel. Fera, Appellant, *v.* Fera.

Argued September 13, 1960. Before GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ. (RHODES, P. J., absent).

*David H. Kubert,* for appellant.

*Tullio Gene Leomporra,* for appellee.

OPINION PER CURIAM, November 16, 1960:
The six judges who heard the argument of this case being equally divided in opinion, the order is affirmed.

Commonwealth ex rel. Fera *v.* Fera, Appellant.

Argued September 13, 1960. Before GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ. (RHODES, P. J., absent).

*David H. Kubert,* for appellant.

*Tullio Gene Leomporra,* for appellee.

OPINION PER CURIAM, November 16, 1960:
The six judges who heard the argument of this case being equally divided in opinion, the order is affirmed.

Commonwealth *v.* Taylor, Appellant.

Argued September 13, 1960.   Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.